UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANNA AMORA and STUESSEL AMORA,

                                                                                **RULE 68**
                            Plaintiff(s),        **OFFER OF JUDGMENT**

         - against -                                  **O8 Civ. 1118**

NEW YORK MARRIOTT MARQUIS,
MARRIOTT INTERNATIONAL, INC.,
TIMES SQUARE HMC HOTEL, LP
and HOST HOTELS & RESORTS, INC.,

                                 Defendant(s).
------------------------------------------------------------------X

**NEW YORK MARRIOTT MARQUIS, MARRIOTT INTERNATIONAL, INC., TIMES SQUARE HMC HOTEL, LP and HOST HOTELS & RESORTS, INC.**, defendants in the above-entitled case, state:

      that the defendants hereby make an offer to have judgment taken against them, and in favor of the plaintiff in the amount of $5,000.

      PLEASE TAKE FURTHER NOTICE that if within 10 days after the service of the offer the adverse party serves written notice that the offer is accepted, either party may then file the offer and notice of acceptance together with proof of service thereof and thereupon the clerk shall enter judgment.

      PLEASE TAKE FURTHER NOTICE that the making of the within offer is a withdrawal of any previous offers made by the undersigned. In the event the offer is not accepted at or prior to the trial date of the within action, the within offer shall be withdrawn.

      PLEASE TAKE FURTHER NOTICE that in the event that judgment is recovered for less than the amount of the within offer, that the undersigned shall apply for costs, interests and attorney's fees in accordance with the provisions of Rule 68 for the costs incurred after the making

of the offer.

Dated: New York, New York
       June 4, 2008

                                        Yours, etc.
                                        **JEFFREY SAMEL & PARTNERS**

By: _____
     CHRISTOPHER L. CORNISH (CC: 9819)
Attorneys for DEFENDANTS
150 Broadway, 20th Floor
New York, New York  10038
(212) 587-9690
Our File No.:  39-0004

O

To:
    **BRUCE J. GITLIN, P.C.**
    Attorneys for Plaintiffs
    40 Wall Street
    New York, New York 10005
    (212) 514-5437

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANNA AMORA and STUESSEL AMORA,

                              Plaintiff(s),                *AFFIDAVIT*
                                                                    *OF SERVICE*

        *- against -*

                                                                       *08 Civ. 1118*

NEW YORK MARRIOTT MARQUIS,
MARRIOTT INTERNATIONAL, INC.,
TIMES SQUARE HMC HOTEL, LP
and HOST HOTELS & RESORTS, INC.,

                              Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK        )
                                    )ss:
COUNTY OF NEW YORK    )

        *Dawn Zeman,* being duly sworn, deposes and says:

        That deponent is not a party of this action, is over 18 years of age and resides in *Manhattan, New York.*

        That on June 4, 2008, deponent served the within **RULE 68 OFFER OF JUDGMENT** upon:

                                        **BRUCE J. GITLIN, P.C.**
                                        Attorneys for Plaintiffs
                                            40 Wall Street
                                        New York, New York 10005

        which address(es) is/are designated to said attorneys for that purpose, by depositing a true copy thereof, enclosed in a post-paid, properly addressed wrapped in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                 _____
                                                                 DAWN ZEMAN

Sworn to before me this
4th day of June, 2008

_____
      NOTARY PUBLIC
**CHRISTOPHER L. CORNISH**
Notary Public, State of New York
      No. 02CO6010927
 Qualified in New York County
Commission Expires 09/12/2010